APRIL 28, 1975[*]

No. 74-238. NATIONAL LIBERTY LIFE INSURANCE CO. *v.* WISCONSIN. Appeal from Sup. Ct. Wis. This appeal having been made expressly contingent upon a grant of certiorari in No. 74-193, *Wisconsin* v. *National Liberty Life Insurance Co.,* and the petition for writ of certiorari in No. 74-193 having been denied today, *infra,* p. 947, the appeal is dismissed.

No. 74-1001. NATIONAL BROADCASTING CO., INC., ET AL. *v.* UNITED STATES. Appeal from D. C. C. D. Cal. dismissed for want of jurisdiction. MR. JUSTICE REHNQUIST dissents.